1 | CHRISTY N. SNIDER
2 | 27238 ENGLEWOOD STREET
3 | MORENO VALLEY, CA 92555
   | (909) 641-8695
4 | Plaintiff in Pro Per





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDCV20-02644-JWH(SHKₓ)

CHRISTY N. SNIDER,

                    Plaintiff,

            vs.

UNITED STATES OF AMERICA;
LOMA LINDA VA MEDICAL
CENTER; THU TANG, M.D.;
NANDINI GOWDA, M.D.;
THEODORE TERUYA, M.D.; and
DIANA EASTRIDGE, NP,

                    Defendant(s).

Case No: _____

**COMPLAINT FOR PERSONAL INJURIES:**

1. **NEGLIGENCE**
2. **MEDICAL MALPRACTICE**
3. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
4. **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

**DEMAND FOR JURY TRIAL**

## JURISDICTION

1. This is a claim under 28 U.S.C., Section 1346(b) and Federal Tort Claims Act, Section 2675(a) providing that a tort claim which was administratively denied or not given an administrative disposition within six months of the filing of the claim, may be presented to a Federal District Court for judicial consideration.

The Plaintiff CHRISTY N. SNIDER is a citizen of the United States and resides in the county of Riverside, in the state of California and that the acts and omissions herein complained of occurred in the Central District of California. The Plaintiff's signature on this complaint constitutes her written consent to become a party to this action filed.

## **VENUE**

2. The Venue is proper pursuant to 28 U.S.C § 1391 because the events giving rise to this complaint happened in this district.

3. The Plaintiff CHRISTY N. SNIDER presented an Administrative Tort Claim for Injury (Standard Form 95) to the United States of America and to the Office of Regional Counsel, Department of Veteran Affairs for damages suffered resulting from multiple foreign metallic objects extensively perforating major female reproductive blood vessels. A claim was presented to the Regional Counsel with a claim amount of damages conveyed for twenty-five million dollars ($25,000,000), signed by Christy N. Snider on January 2, 2020, received by the Regional Counsel on January 7, 2020, and denied on September 3, 2020. [See Exhibit A]

4. The Defendants <u>deviated</u> from their sworn <u>duty</u> and neglected to provide the Plaintiff the required standard of care by failing to diagnose and treat the displacement of the metallic coils, thereby <u>directly causing</u> permanent and irreparable <u>damage.</u>

5. As a direct and proximate result of these failures, the Plaintiff suffered physical injuries to her body.

6. As a direct and proximate result of the breach of the applicable standard of medical care by the Defendants, the Plaintiff has suffered harm. These harms include: 1) suffered conscious pain and suffering for nine (9) years, 2) suffered severe thoughts of dying and anguish due to undiagnosed cause of pain, 3) both

suffered and still suffers from extreme grief and severe mental and emotional sorrow over loss of baby (miscarriage) resulting in diagnosis of post-traumatic stress disorder (PTSD), 4) suffered permanent physical injuries (cholecystectomy, partial hysterectomy, removal of portion of left gluteus muscle, and a laparotomy) and disfigurement, and 5) still suffering from lack of quality of life due to the ligation of the pudendal nerve causing severe nerve damage and pain.

7. All of the injuries and damages sustained by the Plaintiff were the direct and proximate result of the negligent actions and breaches of the applicable standards of medical care by all of the Defendants without any act or omission on the part of the Plaintiff directly thereunto contributing.

## **PARTIES**

8. The Defendant UNITED STATES OF THE AMERICA, THU TANG, M.D., THEODORE TERUYA, M.D., DIANA EASTRIDGE, NP, and NANDINI GOWDA, M.D. operates or operated at the Jerry L. Pettis, VA Loma Linda Healthcare System also known as Loma Linda VA Medical Center (LLVAMC) located at 11201 Benton Street, in the city of Loma Linda, in San Bernardino County, California.  Dr. Thu Tang, Interventional Radiologist; Dr. Theodore Teruya; NP Diana Eastridge; Dr. Nandini Gowda, Defendants are and were employed at the Hospital.

9. At all times herein mentioned, the physicians, surgeons, anesthesiologists, nurse anesthetists, nurses, attendants, assistants, consultants, and the like at LLVAMC were the ostensible agents, actual agents, and employees of the Defendant and in doing the things hereinafter mentioned, were acting within the scope of their authority as such agents and employees with the consent of the Defendant.

//

//

3

COMPLAINT FOR PERSONAL INJURIES

## STATEMENT OF FACTS

10. On November 5, 2018, the Plaintiff presented to Loma Linda University Medical Center (LLUMC) Surgical Hospital to undergo an exploratory laparoscopy with possible laparotomy, lysis of adhesions, left uterolysis, extensive pelvic dissection for removal of retained coils by Dr. Linda Hong, MD Gynecology Oncology with left J stents being placed in by LLUMC Urology in Loma Linda, California, which resulted in a thirteen (13) day admission to the Intensive Care Unit (ICU).

11. On November 9, 2018, the Plaintiff became aware of extensive vascular perforations, multiple internal injuries, and abdominal organ injuries suffered from a gonadal venogram, internal iliac venogram, embolization of both the left gonadal vein, and feeder to the left internal iliac vein to treat Pelvic Congestion Syndrome performed on February 18, 2009 by the Defendant Dr. Thu Tang, MD Interventional Radiology.  [See Exhibit B]

12. That after healing from the laparotomy, the Plaintiff have not made any complaint of pelvic pain or not being able to eat solid foods in any capacity.

13. A patient treated at a military or veterans facility have a right to safe, competent treatment.  When this right is compromised, patients are entitled to file a lawsuit for medical malpractice.

14. A patient may bring a medical malpractice claim whenever the patient suffers from an injury or illness caused by carelessness of a health care provider.

## CLAIM I: Negligence – Medical Malpractice

**(As to Defendant THU TANG, M.D., Interventional Radiologist)**

15. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-14 above.

16. On February 18, 2009, the Defendant Dr. Thu Tang breached the applicable standard of medical care owed to the Plaintiff, which directly caused a physical

4

1   injury to the Plaintiff and was the direct and proximate cause of all of the

2   Plaintiff's injuries and damages.

3   17. The Plaintiff underwent a gonadal venogram, internal iliac venogram,

4   embolization of both the left gonadal vein, and the feeder to the left internal iliac

5   vein to treat Pelvic Congestion Syndrome at LLVAMC with the understanding

6   that she also wanted to have children in the future. [See Exhibit C].

7   WHEREFORE, the Plaintiff claims monetary damages against Dr. Thu Tang

8   individually in an amount to be determined at trial, plus costs, and for any further

9   relief that this Honorable Court determines necessary and appropriate.

10  **CLAIM II: Negligence – Medical Malpractice**

11  **(As to Defendant NANDINI GOWDA, M.D., Primary Care Physician**

12  **Women's Health Clinic)**

13  18. The Plaintiff re-alleges and incorporates by reference herein all of the

14  allegations contained in paragraphs 1-17 above.

15  19. That the Defendant Dr. Nandini Gowda has been terminated from LLVAMC

16  due to medical negligence in 2018 and was the Plaintiff's Primary Care

17  Physician from 2013-2017.  Dr. Gowda breached the applicable standard of

18  medical care owed to the Plaintiff directly resulting in physical injury and

19  emotional distress.

20  20. After the embolization procedure was completed, the Plaintiff immediately and

21  repeatedly presented to Dr. Gowda at LLVAMC with well over seventy-five

22  (75) complaints of chronic lower left quadrant pain that presented as deep,

23  sharp, stabbing, and achy pain over the course of four (4) years.  The Plaintiff

24  also continuously complained of unintentional weight loss due to not being able

25  to eat tolerate solid foods.  Dr. Gowda told her to "Just eat Christy".  The

26  Plaintiff cried extensively as Dr. Gowda walked out of the office, ignoring her.

27

28

5

21. Over nine (9) years, the Plaintiff's complaints of chronic pain and unintentional weight loss was treated with opioid prescriptions of Demerol, Dilaudid, steroidal injections, Morphine, and strong medications to treat an undiagnosed lack of appetite. There had <u>never</u> been another request for laparoscopy since November 2009 to explore the possibility of displaced metallic coils being the cause for the increased and changed nature of pain. During this period of time, Dr. Gowda also continuously stated to the Plaintiff that she may be psychosomatic versus in any <u>real</u> pain.

22. As a result, the Plaintiff experienced a miscarriage followed by symptoms of post-traumatic stress disorder to date.  She also began unintentionally losing weight, bleeding irregularly, exhibiting intolerances to solid foods, experiencing sharp and debilitating pain, bleeding during sexual intercourse, and suffering an increase in pelvic pain that began to feel like ripping flesh deep in the left pelvic region.

WHEREFORE, the Plaintiff claims monetary damages against Dr. Nandini Gowda individually in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.

**<u>CLAIM III: Negligence/Medical Malpractice/Respondent Superior/Agency</u>**

**(As to Defendant LOMA LINDA VA MEDICAL CENTER (LLVAMC))**

23. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-22 above.

24. That during all of the times alleged herein that the Plaintiff was receiving medical care and treatment from Defendants Thu Tang, M.D., Nandini Gowda, M.D., Thoedore Teruya, M.D., and Diana Eastridge, NP, these Defendants were employed by LLVAMC and they were acting within the scope of that employment.

6

25. That Defendant LLVAMC is responsible for the breach of applicable medical care occasioned by their employees, the defendants herein, which resulted in a physical injury to the Plaintiff.

26. That on June 29, 2016, the Plaintiff suffered a miscarriage or unintentional abortion after nine weeks gestation due to a possible blood clotting condition that she had no knowledge of.  The metallic coils that were placed in the blood vessels during the embolization were seen on a Computerized Tomography (CT) scan on October 6, 2017 at LLVAMC showing metallic coils packed in the internal iliac vein. Perforations in this blood vessel created blood clots that were directly introduced to the growing fetus in the uterus, subsequently causing fetal morbidity and unintentional abortion.

27. That on May 15, 2017, the Plaintiff underwent a partial Hysterectomy that was conducted by Dr. Kevin Balli, MD Gynecology at LLVAMC to treat chronic lower left quadrant pelvic pain, uterine fibroids, and unintentional bleeding for approximately two years.  Results of Hysterectomy showed multiple vascular metallic coils along the length of the infundibulopelvic ligament in an extravascular location.  These were surrounding the blood vessels which were tortuous and dilated.  The infundibulopelvic ligament was dissected completely to its descent underneath the mesentery of the colon on the left side and some coils were left behind.  The uterus, right fallopian tube, and ovary was unremarkable, not the direct source of pain, and did not need to be removed. Vascular Surgery also observed the metallic coils during the surgery and advised to leave the rest of the coils in place in the left abdomen and retroperitoneum. [See Exhibit D].

28. The Defendant directly neglected the applicable standard of medical care owed to the Plaintiff by failing to diagnose a female Veteran's complaints of lower left quadrant pelvic pain that she believed to be due to retained metallic coils that

7

were noted to have been left in the left hemiabdomen during a Hysterectomy procedure dated May 15, 2017.

29. The Defendant unnecessarily and drastically failed to recognize symptoms and delayed to provide appropriate treatment of foreign metallic objects ripping through and perforating the left gonadal vein and left internal iliac vein tributaries for more than eight years.

WHEREFORE, the Plaintiff claims monetary damages against the Loma Linda VA Medical Center individually in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.

**CLAIM IV: Negligence – Medical Malpractice**

**(As to Defendant THOEDORE TERUYA, M.D. and DIANA EASTRIDGE, NURSE PRACTITIONER, Vascular Surgeons)**

30. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-29 above.

31. That on August 30, 2018, the Defendants Dr. Theodore Teruya and NP Diana Eastridge deviated from the acceptable standard of medical care owed to the Plaintiff when she presented to the LLVAMC Vascular Clinic on a consultation. The Plaintiff saw the Defendant Dr. Teruya for the removal of migration of remnant uterine artery embolization coils, while NP Eastridge shadowed.  The Plaintiff requested to have the retained metallic coils removed due to the incitement that the foreign metal objects were, and had been, the actual cause of the new unidentified pain that had been continuously felt ripping through the Plaintiff's lower left pelvic region after the embolization procedure in February 2009.

32. The Defendant Dr. Teruya intentionally and negligently inflicted emotional distress on the Plaintiff while in the presence of the other Defendant NP Diana

Eastridge, who also breached the standard of medical care, when he made a blatant statement directly to the Plaintiff saying, "I don't think that you're really in pain…I think you just want to have a surgery. So if you're okay with it, I can cut you from here (sternum) to here (thoracic midline section of spine)". Dr. Teruya demonstrated a "mock" surgical incision on the Plaintiff using a pen to mimic or trace an incision line from her sternum, around her left lung, under her left armpit, and to the mid-upper back, which was scribed differently in her medical record's progress note for the consult visit.

33. On September 17, 2018, the Defendant Dr. Teruya scribed, "She has nonspecific pelvic pain and abdominal pain. I am skeptical that the coils are the cause of her pain. It is just likely that her original source of pain is still causing her pain…" [See Exhibit E].

WHEREFORE, the Plaintiff claims monetary damages against Dr. Theodore Teruya and Nurse Practitioner Diana Eastridge individually in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.

34. All of the injuries and damages sustained by the Plaintiff were the direct and proximate result of the negligent actions and breaches of the applicable standards of medical care by all of the Defendants without any act or omission on the part of the Plaintiff directly thereunto contributing.

35. The Plaintiff did not assume the risk of her injuries.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

36. Monetary damages against the United States of America, Loma Linda VA Medical Center et al. in an amount to be determined by the courts, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.

## **DEMAND FOR JURY TRIAL**

37. Plaintiff hereby requests a jury trial on all issues raised in this complaint.


Christy N. Snider *(Pro Se)*
27238 Englewood Street
Moreno Valley, CA 92555
(909) 641-8695
*In Pro Per*

10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT   A

COMPLAINT FOR PERSONAL INJURIES

EXHIBIT A



**U.S. Department of Veterans Affairs**
**Office of General Counsel**

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420

Telephone: (202) 461-4900

In Reply Refer To: GCL 460053

**Via Certified Mail #7019 2280 0000 6144 2103**

September 3, 2020

Ms. Christy Snider
27238 Englewood Street
Moreno Valley, CA 92555

Re: Administrative tort claim

Dear Ms. Snider:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim. Our adjudication of your claim included a review of your medical records, a review of your claim by medical reviewers in a different part of the country, and interviews of medical personnel.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Medical negligence means there was a breach in the standard of care and that breach proximately caused an injury. The standard of care is the level at which similarly qualified medical professionals would have managed the care under the same or similar circumstances. Our review concluded that there was no negligent or wrongful act on the part of an employee of the Department of Veterans Affairs (VA) acting within the scope of employment that caused you compensable harm. Accordingly, we deny your claim.

If you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

Cynthia Hernandez
Deputy Chief Counsel

COMPLAINT FOR PERSONAL INJURIES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT  B

COMPLAINT FOR PERSONAL INJURIES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Laparotomy on November 9, 2018: Portion of gluteus muscle removed severing the pudendal nerve and depicting deep puncture wounds due to retained metallic coils

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Laparotomy on November 9, 2018:  Removed embolized blood vessel from the
Plaintiff showing retained metallic coils with multiple perforations

15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT   C

COMPLAINT FOR PERSONAL INJURIES

- EXHIBIT C -

# Consult Requests

```
      ZZLOM1F05$PRT
   SCHEDULED              12/04/08 17:50    ROYBAL,LISA M      ROYBAL,LISA M
appt 12/29/08

   INCOMPLETE RPT         12/29/08 11:54    EBY,MICHAEL        EBY,MICHAEL
        Note# 13806023
   COMPLETE/UPDATE        12/29/08 12:34    EBY,MICHAEL        EBY,MICHAEL
        Note# 13806023
    ·
Note: TIME ZONE is local if not indicated


-------------------------------------------------------------------------

  LOCAL TITLE: SURG/GYN/NEW CLINIC CONSULT
  STANDARD TITLE: SURGERY CONSULT
  DATE OF NOTE: DEC 29, 2008@11:46    ENTRY DATE: DEC 29, 2008@11:46:15
       AUTHOR: EBY,MICHAEL           EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED


ID:  30 y/o G3 P3 woman
CC:  worsening chronic pelvic pain
Menarche ~13 y/o
Interval 26-28 days
duration ~4 day.
No significant dysmenorrhea
PMH: migraines, depression, bilateral knee pain
PSH: LEEP (2001), DX LSC x2 (2001)
Allergy:  PCN => "hives & swelling" (unk h/o amox/amp/eftriaxome)
Meds:  citalopram, quetiapine (sleep), zolpidem (new rx), clonazepam,
hydromorphone tabs, ibuprofen
SocHx:  rare EtOH use, aprox 1/2 cig/day, denies illicits or herbals
ROS:  no changes in bowel or bladder habits, no dysmenorrhea, + deep dyspareunia
on left side.


HPI:  Pt states that around 2001, she began having pelvic pain.  At first she
ascribed this to ovulation as it was occuring in mid-cycle, but now doubts that
as a possble etiology.  She informs me that she had a LEEP in 2/01 followed by
a diagnostic laparoscopy for the pain.  This LSC reportedly revealed "varicose
veins" on the left side of the uterus.  In Sept 2001, she underwent another LSC
for the same pain and was told that there was blood in the pelvis and that the
pain was likely d/t IBS.  Subsequent colonoscopy failed to demonstrate pathology
and possible GI etiology discarded as a result.  Pain disappeared following the
3rd month of her first pregnancy and had a slight return between her first and
second pregnancies.  Following her second delivery, the pain disappeared until
10/2007.  @nd and 3rd pregnancies were both complicated by PTL and preterm
delivery.  Pt desires future childbearing.  Pain returned in 10/2007 following
placement of IUD which she reports was malpositioned and needed to be removed.
OVerall, she informed me that she had an IUD in place for 1.5 years which was
"removed in February of last year."  Since February, her pain has become a
nearly constant problem with intermittant exacerbations and remissions.  She is
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

COMPLAINT FOR PERSONAL INJURIES

# Consult Requests

Printed On Dec 30, 2019

unable to tell me anything which she has noted as aggravating or alleviating
factors.  She does have deep left-sided dyspareunia when in right-lateral or
other positions which allow for deeper penetration.  She is concerned as to what
this pain may mean and that she may require surgical intervention.


PE:
Gen:  A&O x4, NAD
Neck:  supple, no palpable masses, no palpable adenopathy, no thyromegaly
Back:  no tenderness, no deformities, no CVAT
Heart:  regular with I-II/VI SEM
Lungs:  CTAB
Abd:  soft; non-distended; firm, palpable, mobile right-sided mass;
approximately 2x2cm area of tenderness 2cm left of midline and 2cm cephalad to
the symphysis.
2+ bilateral patelar DTRs
Pelvic exam deferred at today's exam
Images/report of the CT abd/pelvis reviewed with the pt

A/P
1)  Chronic, worsening pelvic pain--unclear etiology at present.  As this pain
radiates down her medial left thigh and into her left labial region, it is
likley that there is some nerve involvement/entrapment.  Curiously, her pain was
not relieved by lupron, however it disappeared for quite some time following her
second pregnancy not to return until after IUD malposition occured.  Likely
causes for this pain include:  pelvic advesive disease, pelvic congestion
syndrome, occult endometriosis, neuropathy/radiculopathy.
        --awaiting pelvic u/s
        --rx T#3 for pelvic pain so that pt doesn't use hydromorphone for this.
        She states that she hasn't tried that med for this pain and was asking
        permission to do so.  Also states that ibuprofen and acetaminophen have
        no salutory effect.
        --Keep symptom diary
        --RTC 1/13/09 at 1430 for f/u

/es/ MICHAEL EBY, M.D.
GYN SURGERY; CHIEF SURGICAL CRITICAL CARE
Signed: 12/29/2008 12:34
================================================================================
================================== END =========================================

| | |
|---|---|
| Current PC Provider: | JAMIE,SHARON S |
| Current PC Team: | JULIET MD 6 *WH* |
| Current Pat. Status: | Outpatient |
| Primary Eligibility: | SERVICE CONNECTED 50% to 100%(VERIFIED) |
| Patient Type: | SC VETERAN |
| OEF/OIF: | NO |

Service Connection/Rated Disabilities

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

18

COMPLAINT FOR PERSONAL INJURIES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT   D

COMPLAINT FOR PERSONAL INJURIES

EXHIBIT B

Procedure:

Facility: LOMA LINDA HCS
Surgeon: User






Page: 1

stryker

Patient ID:
Patient Name: SNIDER CHRISTY
Procedure Date: 06/15/2017

20

Exhibit 1

Procedure:

Facility: LOMA LINDA HCS
Surgeon: User

Page: 2





stryker

Patient ID:
Patient Name: SNIDER.CHRISTY
Procedure Date: 06/15/2017

21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT   E

COMPLAINT FOR PERSONAL INJURIES

EXHIBIT E

# Consult Requests

Printed On Dec 30, 2019

```
CPT CODES:     45378 Colonoscopy, flexible, proximal to splenic flexure;
diagnostic, with or without collection of specimen(s) by brushing or washing,
with or without colon decompression (separate procedure)
ICD CODES:     R10.32 Left lower quadrant pain


PATIENT:  Snider, Christy N
MR#:  ▓▓▓▓▓▓▓



Administrative Closure: 09/06/2018
                by: DEVICE PROXY SERVICE CLINICAL
                    DPC
```

================================================================
=============================== END ================================

```
Current PC Provider:     JAMIE,SHARON S
Current PC Team:         JULIET MD 6 *WH*
Current Pat. Status:     Outpatient
UCID:                    605_4409155
Primary Eligibility:     SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:            SC VETERAN
OEF/OIF:                 NO

Service Connection/Rated Disabilities
SC Percent:              90%
Rated Disabilities:      CHRONIC ADJUSTMENT DISORDER  (70%)
                         MIGRAINE HEADACHES  (50%)
                         IRRITABLE COLON  (10%)
                         LIMITED FLEXION OF KNEE  (10%)
                         HEMORRHOIDS  (0%)
                         SCARS  (0%)

Order Information
To Service:              SURG/VASCULAR SURGERY OUTPT
From Service:            LOM ACC PACT JULIET LVN 5
Requesting Provider:     CHEUNG,SUM
Service is to be rendered on an OUTPATIENT basis
Place:                   Consultant's choice
Urgency:                 Routine
Clinically Ind. Date:    Aug 15, 2018
Orderable Item:          SURG/VASCULAR SURGERY OUTPT
Consult:                 Consult Request
Provisional Diagnosis: emoblization coils and removal
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

COMPLAINT FOR PERSONAL INJURIES

– EXHIBIT E –

# Consult Requests

Printed On Dec 30, 2019

Reason For Request:
ROUTINE CONSULT ( < 30 days )
    Combat Status:NOT A CV

REASON FOR REQUEST

Age: 40 years old

Cardiac Risk Factors:
Vascular Referral For:
  Other: migration of remnant uterine artery
embolization coils found on recent
surgery for hysterectomy in may 2017.  Unable to
dissect and remove due to location near
the uterine artery and internal iliac vessel.
this the the etiology of her chronic pain
. would like to request vascular to
evaluate to determine if she is candidate
for surgical removal.  (Op note dated
5/15/2017 in our system, original UAE done  2/18/2009; CT scan done
10/2017 in system for review)

Inter-facility Information
This is not an inter-facility consult request.

Status:            COMPLETE
Last Action:       COMPLETE/UPDATE

Facility
 Activity              Date/Time/Zone      Responsible Person   Entered By
--------------------------------------------------------------------------
 CPRS RELEASED ORDER   08/15/18 16:42      CHEUNG, SUM          CHEUNG, SUM
 PRINTED TO LOM3B04    08/15/18 16:42
 RECEIVED              08/16/18 12:01      EASTRIDGE,DIANA K    EASTRIDGE,DIANA K
AC-Accept consult, schedule routine appointment.
will discuss with vascular surgeon

 ADDED COMMENT         08/20/18 16:43      EASTRIDGE,DIANA K    EASTRIDGE,DIANA K
Will schedule into vascular clinic, per Dr. Teruya no further imaging
needed
patient had hysterectomy at VA LL in May 2017

Had procedure in IR 2/18/09 at VA LL, all records are here
embolization of left gonadal vein and 2 feeding veins to left internal
iliac vein

 SCHEDULED             08/24/18 11:57      CHEUNG, SUM          HETRICK, TONYA
LL/SURG/VASC/NEW/RTN/3NW3 Consult Appt. on AUG 30, 2018@08:30
PID=08/15/18: MIGRATION OF REMNANT UTERINE ARTERY
EMBOLIZATION COILS

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

24

COMPLAINT FOR PERSONAL INJURIES

# Consult Requests

```
   INCOMPLETE RPT          08/30/18 10:41     EASTRIDGE,DIANA K    EASTRIDGE,DIANA K
       Note# 44477688
   COMPLETE/UPDATE         08/30/18 14:44     EASTRIDGE,DIANA K    EASTRIDGE,DIANA K
       Note# 44477688
```

Note: TIME ZONE is local if not indicated

_____

```
 LOCAL TITLE: SURG/VASCULAR CONSULT NOTE
STANDARD TITLE: VASCULAR SURGERY CONSULT
DATE OF NOTE: AUG 30, 2018@10:19     ENTRY DATE: AUG 30, 2018@10:19:54
     AUTHOR: EASTRIDGE,DIANA K    EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

    *** SURG/VASCULAR CONSULT NOTE Has ADDENDA ***

Vascular Consult for pelvic pain, removal of c

Symptom History:40 y/o female

Vascular risk factors: The patient reports a history of left pelvic pain that
has been present since 2000. In Feb 2009, Gonadal venogram, internal iliac
venogram embolization of both the left gonadal vein and a feeder to the
left internal iliac vein was performed. The patient did not have any relief from
her pelvic pain after this procedure. She had a diagnostic laproscopy later in
2009 and in 2015 she had a cholesystectomy. Another diagnostic laprascopy was
performed in March 2017 with noted dilated pelvic vasculature and metal coils.
She then underwent a hysterectomy in May 2017.

Since the hyterectomy, she has noted that she no longer has pain with
intercourse which she was having previously. She also feels that she no longer
has pain in the more central area of her pelvis and that all the pain is
concentrated on the left side. it occurs intermittently and at times awakens her
from sleep. When it occurs, it is severe and can cause her to double over. It is
a deep pain which extends down her left thigh.

She has also been treated for H. Pylori and IBS. She has had endoscopy x 3 and
has had a colonoscopy in the past but not for several year. GI would like he to
have an H. Pylori breath test. She has been off of her pantoprazole for 2 weeks
and should be able to schedule this test. She has less epigastric pain since the
treatment for H. Pylori. She has lost weight and has been unable to regain
weight since her hysterectomy. She still has some nausea with eating and can
only eat a small amount at a time. She has an alternating pattern of diarrhea
and constipation.

From the operative report of her robotic hysterectomy May 2017:
"The patient's pelvis was visualized.   The uterus was

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

COMPLAINT FOR PERSONAL INJURIES

EXHIBIT 5

# Consult Requests

Printed On Dec 30, 2019

==elevated and appeared normal.  The right fallopian tube and==
==ovary appeared normal.  The left fallopian tube and ovary==
==had a normal appearance but the infundibulopelvic ligament==
==was abnormal.  There were multiple vascular metallic coils==
==that were noted along the length of the infundibulopelvic==
==ligament in an extravascular location.  These were==
==surrounding the blood vessels which was were tortuous and==
==dilated.==  The infundibulopelvic ligament was dissected all
the way back to its descent underneath the mesentery of the
colon on the left side.  ==Further dissection in this location==
==was impractical and the infundibulopelvic ligament was==
==ligated at this location.  Some coils were left behind."==


Review of Systems:      None

Previous Vascular/Endovascular Interventions:
 coiling of gondal vein


Cardiovascular Medicines:

Functional status: Ambulatory  outdoor w/o assistance

Cardiac Staging:
 Activity level:   SOB No  Chest Pain  No
 Echocardiogram:     EF 0%

Renal Function:
  05/09/18 CREATININE,SERUM   0.74
  05/09/18 eGFR,SERUM        >60
  Allergic to contrast? No

PHYSICAL EXAM:

HT: 66 in n  (167.6cm)
WT: 120.2 lb b  (54.6kg)
BMI: 19.4
Right BP 105/72
Left BP 106/69

Neuro: ALERT and oriented x 3
Lung:   No SOB
Heart:  No chest pain


Vascular Imaging:
10/6/17 CT scan

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at  LOMA  LINDA ?HCS |

COMPLAINT FOR PERSONAL INJURIES

26

EXHIBIT "C"

# Consult Requests

Impression:

    1. No CT findings specific for pancreatitis.

    2. Mild hepatomegaly.

    3. Status post cholecystectomy.

    4. Redemonstration of extensive embolization coils in the left
    hemiabdomen.

VASCULAR ASSESSMENT/PLAN:
  1.  Atherothrombosis Factors:

      Antiplatelet Therapy:
      Plan: NA

      DM: 04/09/18 HEMOGLOBIN A1C (LAB4.7)
      Plan: NA

      HTN: 105/72 (08/30/2018 08:48) 90 (08/30/2018 08:48)
      Plan: NA

      Lipids:No CHOLESTEROL in the last 6M
             No CALC LDL CHOL in the last 1Y
             No HDL CHOLESTEROL in the last 6M
             No TRIGLYCERIDES in the last 6M
      Plan: NA

      Tobacco:
      Plan:

 Plan/assessment:
40 y/o female with chronic pelvic pain which is currently concentrated in the
left side of the pelvis. The patient would like to have the coils removed as she
feels that they are the source of her current pain. Dr. Teruya discussed with
the patient that all other causes for his current pain will need to be
investigated. He also discussed with the patient that removal of the coils is no
guarantee that her pain would resolve. She will need repeat imaging, CTV of the
abdomen and pelvis.

She still needs to f/u with GI for an H. Pylori breath test and vascular surgery
is recommending that she have a repeat colonoscopy as the patient states that
she has increased pain on the left side of her pelvis when she abdominal
symptoms related to gas or bowel movement.

She is to return to the vascular clinic after all of the above testing is

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

COMPLAINT FOR PERSONAL INJURIES

27

EXHIBIT E

# Consult Requests

completed and at that time a community care referral to LLMC for further
assessment of her pelvic pain will be considered.

The patient was seen and examined with Dr. Teruya,
with whom the assessment and plan were formulated.

/es/ DIANA K. EASTRIDGE, NP
NURSE PRACTITIONER
Signed: 08/30/2018 14:44

Receipt Acknowledged By:
08/30/2018 15:14        /es/ SHARON JAMIE,MD,MHSA
                            ATTENDING PHYSICIAN
09/17/2018 15:06        /es/ THEODORE TERUYA
                            MD
09/01/2018 06:03        /es/ CHRISTHAM V WHITE WINDROSS,C-FNP
                            GASTROENTEROLOGY NURSE PRACTITIONER

09/17/2018 ADDENDUM              STATUS: COMPLETED
She has nonspecific pelvic and abdominal pain.  I am skeptical that the coils
are the cause of her pain.  It is just as likely that her original source of
pain is still causing her pain.  Removal of the coils may not be that easy and
may cause more pain or morbidity.

She should have all possible sources of pain ruled out prior to even the
consideration of coil removal.
She will need a GI, GU and GYN evaluation.

/es/ THEODORE TERUYA
MD
Signed: 09/17/2018 15:08

10/25/2018 ADDENDUM              STATUS: COMPLETED
Patient has been seen by Gyn Onc at LLMC and will f/u there re: her pelivc
coils.

/es/ DIANA K. EASTRIDGE, NP
NURSE PRACTITIONER
Signed: 10/25/2018 14:49
==========================================================================
================================== END ===================================

Current PC Provider:    JAMIE,SHARON S
Current PC Team:        JULIET MD 6 *WH*
Current Pat. Status:    Outpatient
Primary Eligibility:    SERVICE CONNECTED 50% to 100%(VERIFIED)
Patient Type:           SC VETERAN
OEF/OIF:                NO

Service Connection/Rated Disabilities

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SNIDER,CHRISTY NICOL<br>27238 ENGLEWOOD ST<br>MORENO VALLEY, CALIFORNIA  92555 | Printed at LOMA LINDA HCS |

COMPLAINT FOR PERSONAL INJURIES

28



CRISTY SNIDER,
2735 ENGLEWOOD ST.
MORENO VALLEY, CA
92555

U.S. DISTRICT COURT
3470 12TH ST.
RIVERSIDE, CA
92501

CHRISTY SNIDER
(909) 641-6885
THE UPS STORE #4851
STE 13A
25920 IRIS AVE
MORENO VALLEY   CA 92551-1658

SHIP US DISTRICT COURT
TO: 3470 12TH ST

RIVERSIDE CA 92501-3801

2 LBS    1 OF 1
SHP WT: 2 LBS
DATE: 22 DEC 2020

CA 911 9-01

3

UPS 3 DAY SELECT
TRACKING #: 1Z A55 03W 12 7212 0734

BILLING: P/P

RECEIVED
CLERK U.S. DISTRICT COURT

DEC 2 3 2020

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION